UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

JOMELL THOMAS,

                      Plaintiff,              23-cv-10481 (JGK)

      - against -                       ORDER

DISCOVER BANK, ET AL.,

                      Defendants.
───────────────────────────────────

JOHN G. KOELTL, District Judge:

    The time for Defendant Experian Information Solutions, Inc. ("Experian") to answer was January 2, 2024. ECF No. 14. To date, no answer has been filed.

    The time for Experian to answer or respond to the complaint is extended to **January 25, 2024.**

SO ORDERED.

Dated:    New York, New York
            January 12, 2024

                                                  John G. Koeltl
                                         United States District Judge