```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
JOMELL THOMAS,

                Plaintiff,

   - against -

DISCOVER BANK, ET AL.,

              Defendants.

---

23-cv-10481 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    It having been reported to this Court that the plaintiff and the defendant Experian Information Solutions, Inc. ("Experian") have reached a settlement of the action against Experian, it is hereby ordered that this matter be discontinued as to Experian with prejudice but without costs; provided, however, that within 45 days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action against Experian to the calendar of the undersigned, in which event the action will be restored.

    Any application to reopen must be filed within forty-five (45) days of this order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the plaintiff and Experian wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same 45-day period to be so-ordered by the Court. Unless the Court orders otherwise, the Court will

not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

All conferences and deadlines as to Experian are adjourned <u>sine die</u>. The Clerk of Court is directed to terminate Experian as a defendant in this action.

**SO ORDERED.**

**Dated:**     **New York, New York**
              **January 29, 2024**

                                          _____
                                                 John G. Koeltl
                                          **United States District Judge**