```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOMELL THOMAS,

                Plaintiff,            23-cv-10481 (JGK)

    - against -                ORDER

DISCOVER BANK, ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 26, 2024.

SO ORDERED.

Dated:    New York, New York
           February 6, 2024

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge