```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JOMELL THOMAS,

                Plaintiff,            23-cv-10481 (JGK)

      - against -                 ORDER

DISCOVER BANK, ET AL.,

                Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the parties remaining in the case to submit a Rule 26(f) report is extended to **March 15, 2024.**

SO ORDERED.

Dated:    New York, New York
           March 11, 2024

                                          John G. Koeltl
                                   United States District Judge